**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SASHA MCKOWN,

     Plaintiff,

vs.                                                       CASE NO. 6:08-CV-780-ORL-19KRS

CONCORD MANAGEMENT, LTD.,

     Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 24, filed August 12, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 24) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement (Doc. No. 22, filed July 28, 2008) is **GRANTED.** The collective action allegations in the Complaint are hereby **DISMISSED.** The Settlement amount to be paid to Plaintiff Sasha McKown is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE** without reserving jurisdiction to enforce the settlement agreement**.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this  18th  day of August, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record